# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cv211

| | |
|---|---|
| ROMAN C. JAROSIEWICZ, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>THE COUNTY OF RUTHERFORD, )<br>NORTH CAROLINA; JOHN W. )<br>CONDREY, Individually and in his )<br>official capacity as County Manager; )<br>DON BAYNARD, Individually and )<br>in his official capacity; JUDITH H. )<br>TONEY, Individually and in her )<br>official capacity; and ROBERT )<br>TATE, Individually and in his )<br>official capacity, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the joint Motion to Extend Mediation and Discovery Deadline. While good cause has been shown for some relief, counsel for the respective parties are advised that the deadline for trial in this matter is firm and cannot be adjusted and, further, that very little leeway exists to enlarge the dispositive motions deadline inasmuch as a recommendation as to any dispositive motion will have to be made to the district court. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Extend Mediation and Discovery Deadline (#20) is **GRANTED,** and the deadlines for completion of mediation, discovery, and the filing of dispositive motions are **ENLARGED** up to and inclusive of May 1, 2006. No other deadline, including the ready date for trial, is enlarged hereby.

Signed: February 9, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge